**Order entered January 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01011-CR

**JACOLBY MARQUAN HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-75383-I**

## ORDER

The reporter's record was filed December 27, 2018. Missing from the record are State's Exhibit 42, video from the tire shop; Exhibits 52 and 53, videos of appellant in the interview room with police; and Exhibit 219, video from Officer Paul Gates's police vehicle. Each of these videos was admitted and published at trial.

We **ORDER** court reporter Mary Snider to file, within **FOURTEEN DAYS** of the date of this order, a supplemental reporter's record containing true and correct playable copies of State's Exhibits 42, 52, 53, and 219.

/s/     BILL PEDERSEN, III
JUSTICE